# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | | |
|---|---|---|
| **In Re:** | ) | Bankruptcy Case No.: 19−11466−MFW |
| Center City Healthcare, LLC | ) | Bankruptcy Chapter: 11 |
|     Debtor | ) | |
| _____ | ) | |
| Center City Healthcare, LLC | ) | |
| Hahnemann University Hospital | ) | |
|     Plaintiff | ) | Adv. Proc. No.:  21−50902−MFW |
|     vs. | ) | |
| Integra Lifesciences Corporation | ) | |
|     Defendant | ) | |

## ORDER APPOINTING MEDIATOR

      Pursuant to **Order Establishing Streamlined Procedures Governing Adversary Proceedings** , Center City Healthcare, LLC , Plaintiff(s) and the above named Defendant(s) (collectively, the "Parties"), it is hereby

      **ORDERED** that this matter is scheduled for mediation consistent with the terms stipulated to by the parties in Order Establishing Streamlined Procedures Governing Adversary Proceedings ; and it is further

      **ORDERED** that the costs of the mediation shall be paid as indicated in the Order Establishing Streamlined Procedures Governing Adversary Proceedings ; and it is further

      **ORDERED** that Mark S. Kenney , who has been selected by the parties is appointed the mediator in this adversary proceeding; and it is further

      **ORDERED** that to the extent they are not waived by or modified by the terms of Order Establishing Streamlined Procedures Governing Adversary Proceedings , this mediation shall be conducted in accordance with the Local Rules of the United States Bankruptcy Court of the District of Delaware; and it is further

      **ORDERED** that all deadlines as defined in the Order Establishing Streamlined Procedures Governing Adversary Proceedings entered shall apply.

Date:  11/18/21

Mary F. Walrath
Bankruptcy Judge

(VAN−486)

United States Bankruptcy Court

District of Delaware

Center City Healthcare, LLC,

    Plaintiff

                                        Adv. Proc. No. 21-50902-MFW

Integra Lifesciences Corporation,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 18, 2021 | Form ID: van486 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Center City Healthcare, LLC, 216 North Broad Street, 4th Floor, Philadelphia, PA 19102-1121 |
| dft | + | Integra Lifesciences Corporation, 1100 Campus Road, Princeton, NJ 08540-6650 |
| md | + | Mark S Kenney, 1447 Greenawalt Road, Huntingdon, PA 19006-2607 |
| pla | | St. Christopher's Healthcare, LLC, 150 East Erie Avenue, Philadelphia, PA 19134 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2021                      Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John D. Demmy | on behalf of Plaintiff Center City Healthcare  LLC john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff St. Christopher's Healthcare  LLC john.demmy@saul.com, robyn.warren@saul.com |
| Mark S Kenney | on behalf of Mediator Mark S Kenney kenney@mkenneylaw.com |
| Mark W. Eckard | on behalf of Defendant Integra Lifesciences Corporation meckard@reedsmith.com |

District/off: 0311-1 | User: admin | Page 2 of 2
Date Rcvd: Nov 18, 2021 | Form ID: van486 | Total Noticed: 4

Monique Bair DiSabatino

on behalf of Plaintiff St. Christopher's Healthcare  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Plaintiff Center City Healthcare  LLC monique.disabatino@saul.com, robyn.warren@saul.com

TOTAL: 6